**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.:** 07-1583-JO                                    **Date of Proceeding:** 3/19/08

**Case Title:**  Allstate Insurance Company v. Green, et al.

**Presiding Judge:**  Robert E. Jones            **Courtroom Deputy:**  Cindy Schultz, telephone 503-326-8340

**Reporter:** None                                                                                **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER:

Plaintiff's motion (#19) for summary judgment and defendant Freer's motion (#22) for partial summary judgment are under advisement as of 3/17/08.

**PLAINTIFF'S COUNSEL**              **DEFENDANT'S COUNSEL**

**DOCUMENT NO:**
cc:        {  } All counsel                                                                **CIVIL MINUTES**

**Civil Minutes**                                                                **Honorable Robert E. Jones**
**Revised 4/23/91**