**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.:** 07-1583-JO  **Date of Proceeding:** 4/2/08

**Case Title:** Allstate Insurance Company v. Green, et al.

**Presiding Judge:** Robert E. Jones   **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None   **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER:

The settlement in the underlying action does not establish the insureds' liability to Freer, nor does the existing factual record permit this court to determine what portion, if any, of the sums set forth in the settlement agreement pertain to a claim covered by plaintiff's policy. Consequently, plaintiff's motion for summary judgment (# 19) and defendant Freer's motion for partial summary judgment (# 22) are denied.

A Rule 16 conference is set for 6/5/08, at 9:30 a.m.

**PLAINTIFF'S COUNSEL**   **DEFENDANT'S COUNSEL**

**Civil Minutes**   **Honorable Robert E. Jones**
**Revised 4/23/91**

**DOCUMENT NO:** _____
**CIVIL MINUTES**

cc:     {  }  All counsel

**Civil Minutes**
**Revised 4/23/91**

**Honorable Robert E. Jones**